No. —. EX PARTE JAMES GALLAGHER; and
No. —. EX PARTE ALICE M. BETTS. May 29, 1944. Applications denied.

No. —. EX PARTE CHARLES HOWERTON; and
No. —. EX PARTE WALKER KIMLER. May 29, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. BULLDOG ELECTRIC PRODUCTS CO. *v.* GALSTON, JUDGE;
No. —. BOYD *v.* MACDONALD;
No. —. BOYD *v.* CURRAN;
No. —. EX PARTE CARL MINGIONE;
No. —. EX PARTE DAISY D. WILSON; and
No. —. ABBOTT, ADMINISTRATRIX, ET AL. *v.* SWINFORD, JUDGE. May 29, 1944. The motions for leave to file petitions for writs of mandamus are denied.

No. 11, original. ILLINOIS *v.* INDIANA ET AL. May 29, 1944. The motion of American Maize Products Company for leave to intervene and to file answer and cross-claim is granted with leave to any of the parties to reply and without prejudice to any order or motion to dismiss or strike any part of the intervenor's answer and cross-claim.